**CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DC PLASTIC PRODUCTS CORPORATION, | : : : : | **Civil Action No. 17-13092 (SRC)** |
| Plaintiff, | : : | |
| v. | : : : | **ORDER** |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | : : : : | |
| Defendant. | : : | |

**CHESLER**, District Judge

      This matter having come before the Court upon the motion for summary judgment filed by Defendant; and Plaintiff having opposed the motion; and the Court having considered the papers filed by the parties; and the Court having opted to rule on the motion based on the papers submitted and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith;

    **IT IS** on this 22nd day of November, 2022,

    **ORDERED** that Defendant's motion for summary judgment is **GRANTED**.

                                                          s/ Stanley R. Chesler
                                                          STANLEY R. CHESLER
                                                      United States District Judge